UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>       Plaintiff,<br> v.<br><br>NDOC/AGO RICO ENTERPRISE, *et al.*,<br><br>       Defendants. | Case No. 3:25-cv-00002-MMD-CLB<br><br>ORDER |

  On July 22, 2025, the Court screened Plaintiff's second amended complaint under 28 U.S.C. § 1915A. (ECF No. 52). The Court dismissed the second amended complaint without prejudice, and with leave to amend, and addressed various motions that Plaintiff had filed. (*Id.*) Plaintiff has appealed the screening order. (ECF No. 57). Plaintiff is appealing both the dismissal of certain claims without prejudice, as well as the denial of injunctive relief without prejudice.

  After filing his appeal, Plaintiff filed a motion requesting documents filed by the Court after his notice of appeal. (ECF No. 59). In this motion, Plaintiff states that Defendant Vine Ornelles has refused to provide him Court filed documents related to his appeal, and he requests that the Court reissue all documents filed in response to his notice of appeal. (*Id.*) This Court has not issued any orders or filed any documents since Plaintiff filed his notice of appeal. The Ninth Circuit Court of Appeals issued a scheduling order, which was also filed on this Court's docket at ECF No. 58. Because it is not clear what, if any, documents Plaintiff has not received, the Court denies his motion without prejudice. The Court will send Plaintiff a courtesy copy of the docket sheet so that he can see what documents have been filed in this case.

  Plaintiff also filed a motion requesting a copy of some of his previous filings in this case. (ECF No. 60). In his motion, Plaintiff states that he asked to be placed on suicide watch to receive mental health treatment. (*Id.* at 2). While he was on suicide watch, the

Defendants took possession of his legal materials. (*Id.*) The Defendants have either lost the legal materials or are simply refusing to return them. (*Id.*) Plaintiff requests a copy of his second amended complaint (ECF No. 53), his addendum to his initial complaint (ECF No. 9-1), his legal brief in support of the second amended complaint (ECF No. 45), his motion for a preliminary injunction (ECF No. 25), and the Court's screening order (ECF No. 52).

There is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $.10 per page; copies produced from a physical format are $.50 per page. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis* as the *in forma pauperis* statute, 28 U.S.C. § 1915, does not authorize the Court to pay the costs for an indigent litigant's copy requests.

In light of Plaintiff's allegations, and his pending appeal, the Court will direct the Clerk of the Court to send him a courtesy copy of the Court's screening order, as well as the second amended complaint and his motion for a preliminary injunction. Each of these documents appears to be directly at issue in Plaintiff's appeal. However, the Court denies without prejudice Plaintiff's request for a copy of his addendum to the initial complaint and his legal brief for the second amended complaint. The Court cannot provide Plaintiff unlimited free copies, and Plaintiff's motion does not include any explanation for why he needs copies of these documents. Plaintiff is free to submit a request for a copy of these documents, together with payment for the copies, to the Clerk's Office.

IT IS THEREFORE ORDERED that Plaintiff's motion for a copy of documents filed since Plaintiff's notice of appeal (ECF No. 59) is **DENIED without prejudice**.

IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a courtesy copy of the docket sheet for this case.

IT IS FURTHER ORDERED that Plaintiff's motion for courtesy copies of various documents filed in this case (ECF No. 60) is **GRANTED in part and DENIED in part**.

1  The Clerk of the Court is directed to send Plaintiff a courtesy copy of the Court's screening
2  order (ECF No. 52), Plaintiff's second amended complaint (ECF No. 53), and Plaintiff's
3  motion for a preliminary injunction (ECF No. 25). Plaintiff's request for a courtesy copy of
4  his addendum to his initial complaint (ECF No. 9-1) and his brief in support of the second
5  amended complaint (ECF No. 45) is denied.

DATED: August 19, 2025.

_____
UNITED STATES MAGISTRATE JUDGE