UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>                Plaintiff,<br>     v.<br>NDOC/AGO RICO ENTERPRISE, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-00002-MMD-CLB<br><br>ORDER |

On July 22, 2025, the Court screened Plaintiff's second amended complaint under 28 U.S.C. § 1915A. (ECF No. 52). The Court dismissed the second amended complaint without prejudice, and with leave to amend. (*Id.*) Plaintiff then filed a notice stating that he did not intend to file a third amended complaint and he wished to "stand upon the sufficiency of the second amended complaint." (ECF No. 56). Shortly thereafter, Plaintiff appealed the Court's screening order. (ECF No. 57).

Plaintiff has filed a motion requesting to stay the case pending the outcome of his interlocutory appeal (ECF No. 61), a motion requesting to strike his notice to stand on his second amended complaint (ECF No. 62), and motion to reinstate his notice to stand on his second amended complaint. (ECF No. 63).

Plaintiff's motion to stay the case (ECF No. 61) is granted. The Court will not take any further action regarding this case until after Ninth Circuit Court of Appeals has issued its decision. Plaintiff's motion to strike his notice to the Court and his motion to reinstate his notice to the Court are both denied as moot. Because the Court will not take any action on this case until after Plaintiff's appeal is resolved, Plaintiff does not need to file a third amended complaint at this time. After Plaintiff's appeal is resolved, the Court will issue another order regarding the status of the case and any next steps.

IT IS THEREFORE ORDERED that Plaintiff's motion for a stay pending the outcome of his appeal (ECF No. 61) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's motion to strike his notice to the Court (ECF No. 62) and his motion to reinstate his notice to the Court (ECF No. 63) are both **DENIED** as moot.

DATED: September 11, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2