# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DANTE H. PATTISON,

Plaintiff,

v.

NDOC/AGO RICO ENTERPRISE, *et al.*,

Defendants.

Case No. 3:25-CV-00002-MMD-CLB

**ORDER DENYING MOTIONS**

[ECF Nos. 69, 70, 71]

Currently pending before the Court are Plaintiff Dante H. Pattison's motions "to add correct defendant," (ECF No. 69), and two motions to consolidate this case with another case, (ECF Nos. 70, 71).

On August 4, 2025, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF No. 57.) Therefore, on September 11, 2025, the Court granted Plaintiff's motion to stay this case pending his appeal. (ECF No. 66.) In that order, the Court explicitly stated that no further action would be taken in this case until after the Ninth Circuit Court of Appeals issued its decision. (*Id*. at 1.) Accordingly, Plaintiff's motions are improper as this case is currently stayed and this Court will not take any further action in this matter until the appeal is complete. Plaintiff is advised that this case is stayed and no further motions, like those at issue in this order, should be filed with this Court until this case is remanded from the appellate court following its decision.

Accordingly, Plaintiff's motions, (ECF Nos. 69, 70, 71), are **DENIED**.

**IT IS SO ORDERED.**

**DATED**: March 16, 2026   .

**UNITED STATES MAGISTRATE JUDGE**